Mark L. Javitch (California SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343

*Attorney for Plaintiff*
And those similarly situated

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| DAVID THORNTON, individually, and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br><br>BETTER DEBT SOLUTIONS, LLC, and ALLEVIATE FINANCIAL SERVICES, LLC,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.: 3:25-cv-00310-LS<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |

Plaintiff David Thornton and Defendants Better Debt Solutions, LLC and Alleviate Financial Services, LLC (together, the "Parties"), by and through their respective counsel, having fully performed the settlement of this action, jointly move the Court to dismiss Plaintiff's individual claims with prejudice, and in support state as follows:

1. The Parties have settled this action.

2. The Parties jointly request that Plaintiff's individual claims against Defendants be dismissed WITH PREJUDICE.

3. The claims asserted on behalf of the putative class are dismissed WITHOUT PREJUDICE as to the absent putative class members.

4. Each Party shall bear its own attorneys' fees and costs.

WHEREFORE, the Parties respectfully request that the Court dismiss Plaintiff's individual claims with prejudice, dismiss the putative class claims without prejudice as to absent class members, and enter the accompanying order.

Dated: October 26, 2026

Respectfully submitted,

By: /s/ Mark L. Javitch
Mark L. Javitch (California SBN 323729)
JAVITCH LAW OFFICE
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343
mark@javitchlawoffice.com

*Attorneys for Plaintiff*

AGREED AND STIPULATED:

BICKERSTAFF HEATH DELGADO ACOSTA LLP

/s/ Gunnar P. Seaquist
Gunnar P. Seaquist
State Bar No. 24043358
gseaquist@bickerstaff.com
Two Barton Skyway
1601 S. MoPac Expy., Suite C400
Austin, Texas 78746
Telephone: (512) 472-8021

Attorneys for Defendants