Mark L. Javitch (California SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343

*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| DAVID THORNTON,<br>Plaintiff,<br>v.<br><br>BETTER DEBT SOLUTIONS, LLC, and<br>ALLEVIATE FINANCIAL SERVICES, LLC,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.: 3:25-cv-00310-LS<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' Joint Motion to Dismiss with Prejudice. Having considered the motion, and the parties having advised the Court that the settlement of this action has been fully performed, the Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's individual claims against Defendants are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the claims asserted on behalf of the putative class are DISMISSED WITHOUT PREJUDICE as to the absent putative class members.

IT IS FURTHER ORDERED that each party shall bear its own attorneys' fees and costs.

All pending deadlines and settings are VACATED, and the Clerk is directed to close this case.

SO ORDERED.

Date: ____________________________

____________________________________
HON. LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE